STEINER ET AL., APPELLANTS, *v.* GANLEY TOYOTA–
MERCEDES BENZ ET AL., APPELLEES.

[Cite as *Steiner v. Ganley Toyota–Mercedes Benz,*
99 Ohio St.3d 211, 2003-Ohio-3139.]

(No. 2002–1216—Submitted June 4, 2003—Decided July 2, 2003.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Armstrong v. Best Buy Co., Inc.,* 99 Ohio St.3d 79, 2003-Ohio-2573, 788 N.E.2d 1088.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

---

Buckingham, Doolittle & Burroughs, L.L.P., and David P. Bertsch, for appellants.

---

SHERRED ET AL., APPELLANTS, *v.* ESTATE OF KOON ET AL., APPELLEES.

[Cite as *Sherred v. Estate of Koon,*
99 Ohio St.3d 211, 2003-Ohio-3140.]

(No. 2002–2175—Submitted June 4, 2003—Decided July 2, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Armstrong v. Best Buy Co., Inc.*, 99 Ohio St.3d 79, 2003-Ohio-2573, 788 N.E.2d 1088.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

John W. Waddy Jr.; Perry R. Silverman Co., L.P.A., and Perry R. Silverman, for appellants.

Price & Jones and Cheryl L. Ryan, for appellees.

THE STATE EX REL. AHMED, APPELLANT, *v.* COSTINE, JUDGE, APPELLEE.

[Cite as *State ex rel. Ahmed v. Costine,*
99 Ohio St.3d 212, 2003-Ohio-3080.]

(No. 2003–0184—Submitted June 4, 2003—Decided July 2, 2003.)

**Per Curiam.**

{¶ 1} In September 2002, appellant, Nawaz Ahmed, an inmate at Mansfield Correctional Institution, filed a complaint in the Court of Appeals for Belmont County. Ahmed requested a writ of prohibition to prevent appellee, Judge John Mark Costine of the Belmont County Court of Common Pleas, Probate Division,